CESAR SOLARIO
Plaintiff,

OFFICE OF PROFESSIONAL RESPONSIBILITY,
Defendant,

DECLARATION IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

**FILED**

AUG 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**05 1617**

I, __Cesar Solario_____, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?

    ☐ Yes  ☒ No

    (a) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____

    (b) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.  __I have been incarcerated since 1996.__

2. Have you received, within the past twelve (12) months, any money from the following sources:

    (a) Business, profession or form of self-employment?   ☐ Yes  ☒ No
    (b) Rent payments, interest or dividends?              ☐ Yes  ☒ No
    (c) Pensions, annuities or life insurance payments?    ☐ Yes  ☒ No
    (d) Gifts or inheritances?                             ☐ Yes  ☒ No
    (e) Any other source?                                  ☐ Yes  ☒ No

    If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account?
   *(Include any funds in prison accounts)*

    ☐ Yes  ☒ No

    If the answer is "yes", state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?
   *(Exclude ordinary household furnishings and clothing)*

    ☐ Yes  ☒ No

    If the answer is "yes", describe the property and state its approximate value: _____

**RECEIVED**
AUG 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.  NOBODY

_____

_____

_____

_____

_____


I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2005.
*Date*

*Cesar Solario*
*Signature of Petitioner*