UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CESAR SOLARIO,                )<br>                                              )<br>          Plaintiff,              )<br>                                              )<br>     v.                                    )<br>                                              )<br>OFFICE OF PROFESSIONAL  )<br>RESPONSIBILITY,              )<br>                                              )<br>          Defendant.           )<br>_____) | Civil Action No.:  05-1617 (CKK) |

### PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., E-4220
Washington, D.C.  20530
(202) 514-7220

Dated: October 24, 2005

## CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**CESAR SOLARIO**
**#07653-112   B-1**
**F.C.I. - TEXARKANA**
**TEXARKANA, TA. 75505**

on this   24th   day of October, 2005.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building, 10th Floor
Civil Division
555 4th Street, NW
Washington, D.C. 20530