Westlaw.

28 CFR § 0.29c  Page 1
28 C.F.R. § 0.29c

CODE OF FEDERAL REGULATIONS
TITLE 28--JUDICIAL ADMINISTRATION
CHAPTER I--DEPARTMENT OF JUSTICE
PART 0--ORGANIZATION OF THE DEPARTMENT OF JUSTICE
SUBPART E-4--OFFICE OF THE INSPECTOR GENERAL
Current through July 22, 2005; 70 FR 42471

§ 0.29c Reporting allegations of employee misconduct.

(a) Reporting to the OIG. Evidence and non-frivolous allegations of criminal wrongdoing or serious administrative misconduct by Department employees shall be reported to the OIG, or to a supervisor or a Department component's internal affairs office for referral to the OIG, except as provided in paragraph (b) of this section.

(b) Reporting to the Department's Office of Professional Responsibility (DOJ-OPR). Employees shall report to DOJ-OPR evidence and non-frivolous allegations of serious misconduct by Department attorneys that relate to the exercise of their authority to investigate, litigate, or provide legal advice. Employees shall also report to DOJ-OPR evidence and non-frivolous allegations of serious misconduct by Department law enforcement personnel that are related to allegations of misconduct by a Department attorney that relate to the exercise of the attorney's authority to investigate, litigate, or provide legal advice.

(c) Reporting to the Drug Enforcement Administration Office of Professional Responsibility (DEA-OPR). Evidence and non-frivolous allegations of serious misconduct by employees of the Drug Enforcement Administration (DEA) shall be reported by the OIG to the Drug Enforcement Administration Office of Professional Responsibility (DEA-OPR) or to the Deputy Attorney General.

(d) Reporting to the Federal Bureau of Investigation Office of Professional Responsibility (FBI-OPR). Evidence and non-frivolous allegations of serious misconduct by employees of the Federal Bureau of Investigation (FBI) shall be reported by the OIG to the FBI-OPR except as provided in § 0.29d of this subpart, or to the Deputy

Attorney General.

[Order No. 2492-2001, 66 FR 37903, July 20, 2001]

<General Materials (GM) - References, Annotations, or Tables>

28 C. F. R. § 0.29c

**28 CFR § 0.29c**

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.