**Freedom of Information Unit**  
**Office of Professional Responsibility**  
**Department of Justice**  
**20 Mass., Avenue, NW**  
**Room 5001**  
**Washington, DC 20530**

March 17, 2005.

Dear Sir/Madam,

Re: Freedom of Information Request

Pursuant to the Freedom of Information Act, 5 U.S.C. 552, and the Privacy Act, 5 U.S.C. 552a, I hereby request access to a copy of all records pertaining to: (1) Any report(s) made by U.S. Attorney Office for the Central District of California in regards of the conviction of who was former agent for DEA task force in Ontario California, Douglas John Boss; (2) Any reports made by any prosecutor from the Central District of California in regards of alleged misconduct by this former DEA agent Douglas John Bos in my investigation, arrest, prosecution and conviction, Case No. CR 96-847(A) -RSWL; (3) Any report made by any source in regards of misconduct from Douglas John Boss and private investigators Ruddy Perez and Louis Moreno in my case; (4) Any investigation made by OPR in regards to this convicted former DEA agent Douglas John Boss in my case.

I request a waiver of fees because my interest in the records is not primarily commercial and disclosure of the information will contribute significantly to the understanding of the operations or activities of the government because this corrupt agent was the investigative agent in my case.

I will expect a response within 10 working days as provided by law. If my request is denied in whole or in part, I expect a detailed justification for withholding the records. I also request any segregable portions that are not exempt to be disclosed.

Thank You for your prompt attention to this matter.

Sincerely,

*Cesar Solario*
Cesar Solario
Reg.No.07653-112   B-1
FCI Texarkana
P.O. Box 7000
Texarkana, TX 75505-7000

U.S. Department of Justice  **Certification of Identity** 

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Cesar Solario

Citizenship Status [2]  U.S. Federal Inmate   Social Security Number [3]  N/A

Current Address  FCI Texarkana, P.O. Box 7000, Texarkana TX 75505-7000

Date of Birth  June 21, 1970    Place of Birth  MEXICO

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  Cesar Solario     Date  March 17, 2005

---

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Print or Type Name

---

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 2/29/04

FORM DOJ-361
APR. 01

RECEIVED

Mar 24  10 31 AM '05