

**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

JUL 1 2 2005

Mr. Cesar Solario
Register No. 07653-112, Unit B-1
Federal Correctional Institution     Re:  Appeal No. 05-1658
Post Office Box 7000                       Request No. F05-0025
Texarkana, TX  75505-7000                  RLH:JGM:JTR

Dear Mr. Solario:

You appealed from the action of the Office of Professional
Responsibility on your request for access to records concerning
Douglas John Bos, Ruddy Perez, and Louis Moreno.

After carefully considering your appeal, I have decided to
affirm the action of the OPR in refusing to confirm or deny the
existence of the records you requested. Without consent, proof of
death, official acknowledgment of an investigation, or an overriding
public interest, confirming or denying the existence of law enforce-
ment records concerning an individual would constitute a clearly
unwarranted invasion of personal privacy pursuant to 5 U.S.C.
§ 552(b)(6), and could reasonably be expected to constitute an
unwarranted invasion of personal privacy pursuant to 5 U.S.C.
§ 552(b)(7)(C).

If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

OPR

RECEIVED