

**U.S. Department of Justice**

Office of Professional Responsibility

---

*Washington, D.C. 20530*

APR - 6 2005

Cesar Solario
Reg. No. 07653-112
B-1
FCI Texarkana
P.O. Box 7000
Texarkana, Texas 75505-7000

Dear Mr. Solario:

    This is in response to your March 17, 2005 Freedom of Information Act and Privacy Act request for records concerning "Douglas John Boss[,] Ruddy Perez [and] Louis Moreno[.]" We received your request on March 24, 2005.

    After careful consideration of your request, I have decided to refuse to confirm or deny the existence of records responsive to your request. Lacking an individual's consent, an official acknowledgment of an investigation, or an overriding public interest, even to acknowledge the existence of investigatory records pertaining to an individual would constitute a clearly unwarranted invasion of personal privacy pursuant to 5 U.S.C. §552(b)(6) and could reasonably be expected to constitute an unwarranted invasion of personal privacy pursuant to 5 U.S.C. §552(b)(7)(C).

    If you are not satisfied with this response, you may appeal in writing within sixty days of your receipt of this letter to the Co-Director, Office of Information and Privacy. Your letter and envelope should be marked "FREEDOM OF INFORMATION APPEAL" and addressed to:

        U.S. Department of Justice
        Office of Information and Privacy
        Flag Building
        Suite 570
        Washington, D.C. 20530

If you are dissatisfied with the result of any appeal you make, judicial review may thereafter be available to you in the United States District Court for the judicial district in which you reside, or in which you have your principal place of business, or in the District of Columbia.

Sincerely,

Marlene M. Wahowiak
Assistant Counsel
for Freedom of Information and Privacy Acts