

U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

JUL 12 2005

Mr. Cesar Solario
Register No. 07653-112, Unit B-1
Federal Correctional Institution      Re:  Appeal No. 05-1658
Post Office Box 7000                        Request No. F05-0025
Texarkana, TX 75505-7000                    RLH:JGM:JTR

Dear Mr. Solario:

    You appealed from the action of the Office of Professional Responsibility on your request for access to records concerning Douglas John Bos, Ruddy Perez, and Louis Moreno.

    After carefully considering your appeal, I have decided to affirm the action of the OPR in refusing to confirm or deny the existence of the records you requested. Without consent, proof of death, official acknowledgment of an investigation, or an overriding public interest, confirming or denying the existence of law enforcement records concerning an individual would constitute a clearly unwarranted invasion of personal privacy pursuant to 5 U.S.C. § 552(b)(6), and could reasonably be expected to constitute an unwarranted invasion of personal privacy pursuant to 5 U.S.C. § 552(b)(7)(C).

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

OPR

RECEIVED