UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Cesar Solario, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1617 (CKK) |
| | : | |
| Office of Professional Responsibility, | : | |
| | : | |
| Defendant. | : | |

ORDER

By Order of November 28, 2005, plaintiff was directed to respond by January 3, 2006, to defendant's summary judgment motion. Plaintiff was advised that his failure to respond by the deadline could result in dismissal of the case on a conceded motion. He has neither filed a response nor sought additional time to do so. Accordingly, it is this 18th day of January 2006,

ORDERED that pursuant to the previously issued Order, defendant's motion for summary judgment [# 11] is GRANTED as conceded; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Paper Copy to:

Cesar Solario
R07653-112
Texarkana Federal Correctional Institution
P.O. Box 7000
Texarkana, TX 75505-7000